UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-80020-TP-Cannon

UNITED STATES OF AMERICA,

v.

CHRISTOPHER MICHAEL POYNER,

      Defendant.
_____/

## REPORT & RECOMMENDATION

      Defendant, CHRISTOPHER MICHAEL POYNER, appeared before the Court on June 15, 2022, represented by counsel, for a final hearing on violation of supervised release. Defendant was originally charges with aggravated Identity Theft, in violation of Title 18 U.S.C. § 1028A(a)(1). Following this conviction, he was sentenced to twenty-four (24) months in prison and one (1) year of supervised release.

      The Defendant began his term of supervised release on January 16, 2020. He presently stands charged with violating his supervised release by: (1) unlawfully possessing or using a controlled substance (2) unlawfully possessing or using a controlled substance (3) failing to participate in the Residential Reentry Center (4) failing to satisfy the court ordered restitution (5) failing to submit a truthful and complete written report within the first five days of each month and (6) failing to report to the probation officer as directed.

      After a thorough colloquy, the defendant freely, knowingly, and voluntarily admitted violations, 1, 2 and 6, through counsel, stated his wish to proceed to sentencing.

      Accordingly, the Court RECOMMENDS that the District Court accept Defendant's admissions and find the Defendant guilty of committing violations 1, 2 and 6. The Court

further RECOMMENDS that this matter be set down for sentencing as soon as possible. The United States Attorney, with the concurrence of the Probation Officer, said it would be moving to dismiss violations 3, 4 and 5 at or before sentencing.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Aileen M. Cannon, United States District Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 21st day of June 2022.

BRUCE E. REINHART
U.S. MAGISTRATE JUDGE