UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80020-TP-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**CHRISTOPHER MICHAEL POYNER**,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart following a Status Conference Re: Final Hearing in respect to a Petition Alleging Violations of Supervised Release [ECF No. 13].  On June 15, 2022, Magistrate Judge Reinhart held a Status Conference hearing during which Defendant admitted to violations One, Two and Six of the Superseding Petition filed by Probation [ECF No. 8].  Magistrate Judge Reinhart thereafter issued a Report and Recommendation on Defendant's admissions [ECF No. 14].  No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report.  Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 14] is **AFFIRMED AND ADOPTED**.

2. The admissions entered into by Defendant Christopher Michael Poyner as to Violations One, Two and Six of the Superseding Petition are **ACCEPTED**; the Court finds that Defendant Christopher Michael Poyner has violated the terms and conditions of his supervision and adjudicates him guilty in respect to violations One, Two and Six as set

CASE NO. 21-80020-TP-CANNON

    forth in the Superseding Petition for Warrant of Offender Under Supervision [ECF No. 8].

3. The Government, with the concurrence of the U.S. Probation Officer, advised it would be moving to dismiss violations Three, Four and Five at or before sentencing.

4. The Court has scheduled sentencing in this matter for July 15, 2022.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 14th day of July 2022.

                                                                                                    **AILEEN M. CANNON**
                                                                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record